UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **WEYERHAUSER CO.** | **CIVIL ACTION NO. 17-0856** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PARDEE MINERALS, LLC, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections and responses thereto, and determining that the findings are correct under the applicable law,

**IT IS ORDERED** that Defendant EP Energy E&P Company, LP's ("EP") Motion to Dismiss Cross-Claims [Doc. No. 42] is **GRANTED**, and the cross-claims asserted by Pardee Minerals, LLC, [Doc. No. 38] and those asserted by the overriding royalty Defendants [Doc. No. 39] are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

MONROE, LOUISIANA, this 17th day of April, 2018.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**