# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **WEYERHAEUSER CO.** | **CIVIL ACTION NO. 17-cv-0856** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PARDEE MINERALS, LLC, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having conducted a *de novo* review of the entire record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that EP Energy E & P Company, LP's Motion to Dismiss [Doc. No. 69] is **GRANTED**, and all claims against EP Energy E & P Company, LP brought pursuant to La. Rev. Stat. 31:206 & 207 are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

MONROE, LOUISIANA, this 30th day of October, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE