UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WEYERHAUSER CO. | CIVIL ACTION NO. 17-0856 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| PARDEE MINERALS, LLC, ET AL. | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT

Upon consideration of Joint Stipulation of Dismissal [Doc. No. 134], notifying the Court that the remaining claims of Plaintiff Weyerhaeuser Company and Defendant EP Energy E&P Company, L.P., have been fully resolved,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is hereby dismissed with prejudice, with all parties to bear their own costs. The Court retains jurisdiction to enforce the settlement agreement entered into by Plaintiff Weyerhaeuser Company and Defendant EP Energy E&P Company, L.P.

MONROE, LOUISIANA, this 8th day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE